AXEL LOFGREN et al., Appellants, *v.* PROTANE CORPORATION, Respondent.

Argued October 2, 1940; decided November 26, 1940.

*Clarence G. Pickard* for appellants.

*Harold J. Adams* and *Edmund S. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.